**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 03-0974-PHX-DGC |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Neil Rusty Bond, ) | |
| Defendant. ) | |

Defendant has filed a motion for release pending appeal. Doc. #198. The Government opposes the motion. Doc. #200. For the reasons set forth below, the Court will grant the motion.

The Court finds by clear and convincing evidence that Defendant is not likely to flee or pose a danger to the safety of others or the community if released pending appeal. *See* 18 U.S.C. § 3143(b)(1)(A). This finding is based on Defendant's release status before, during, and after trial, his compliance with conditions of his release, and the fact that he has not been convicted of a crime of violence.

The Court concludes that Defendant's appeal is not for the purpose of delay and raises a "substantial question" of law or fact "likely to result" in a new trial. 18 U.S.C. § 3143(b)(1)(B)(ii). In this circuit, a "substantial question" is one that is "fairly debatable." *United States v. Handy*, 761 F.2d 1279, 1281-83 (9th Cir. 1985). The words "likely to result" mean that if Defendant prevails on the fairly debatable question, it is more probable than not that he will be granted a new trial. *See United States v. Balko*, 774 F.2d 516, 522 (1st Cir.

1985). Although the Court ruled against Defendant on a variety of issues raised in post-trial briefing, the Court concludes that the issues are fairly debatable and that Defendant likely will be granted a new trial if he prevails on one or more of them on appeal.

The Court will stay Defendant's sentence pending appeal. Rule 38(b)(1) of the Federal Rules of Criminal Procedure requires the Court to grant a stay if Defendant is released pending appeal. During the pendency of his appeal, Defendant shall comply with the pretrial release conditions previously imposed in this case.

**IT IS HEREBY ORDERED:**

1. Defendant's motion for release pending appeal (Doc. #198) is **granted**.
2. Defendant's sentence is stayed pending appeal.
3. During the appeal, Defendant shall comply with the pretrial release conditions previously imposed.

DATED this 31st day of March, 2006.

David G. Campbell
United States District Judge