**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-03-974-PHX-DGC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Neil Rusty Bond, | ) | |
| Defendant. | ) | |

On May 11, 2005, Defendant was convicted by a jury of theft of government property and social security fraud. Dkt. #114. Defendant was sentenced to 18-months imprisonment. Dkt. ##196-97. On March 31, 2006, the Court granted Defendant's motion for release from custody and to stay sentence pending appeal. Dkt. #203. Following receipt of the Court of Appeals' mandate affirming Defendant's conviction and sentence, the Court ordered Defendant to surrender to begin serving his prison sentence on January 17, 2008. Dkt. #256.

On January 7, 2008, Defendant filed nine motions totaling more than 600 pages. One of the motions seeks a stay of Defendant's sentence and incarceration pending resolution of a petition for writ of habeas corpus. Dkt. #259. A review of the Court's docket, however, shows that Defendant has not sought habeas relief by commencing a separate civil proceeding pursuant to 28 U.S.C. § 2255. A stay of Defendant's sentence and incarceration is therefore premature.

1   Moreover, the legal authority Defendant relies on does not support the requested stay. Defendant contends that he has satisfied the requirements for a stay under Rules 38(b) and 46(c) of the Federal Rules of Criminal Procedure. Dkt. #259 at 5-10. But these rules provide for a stay pending *sentencing or appeal*. Defendant has been sentenced to a term of imprisonment. Dkt. ##196-97. The Court previously denied Defendant's motions for post-conviction relief, the Ninth Circuit has affirmed Defendant's conviction and sentence, and the United States Supreme Court has denied Defendant's petition for writ of certiorari. *See* Dkt. ##139, 183, and *United States v. Bond*, 2006 WL 544524 (D. Ariz. Mar. 6, 2006) (denying post-conviction relief); Dkt. ##247, 255, and *United States v. Bond*, 227 Fed. Appx. 578 (9th Cir. Mar. 21, 2007) (affirming conviction and sentence); *Bond v. United States*, 128 S. Ct. 132 (Oct. 1, 2007) (denying certiorari). Defendant has received due process on all issues raised in this Court, the Ninth Circuit, and in his petition for writ of certiorari. The Court will not stay Defendant's self-surrender date.

**IT IS ORDERED:**

1. Defendant Neil Rusty Bond's emergency motion for Defendant's custody release and stay of incarceration sentence pending resolution of Defendant's petition for writ of habeas corpus (Dkt. #259) is **denied**.

2. Defendant is ordered to surrender to begin serving his prison sentence on **January 17, 2008 before 4:00 p.m.** Surrender shall occur at the office of the United States Marshal, 401 West Washington Street, 2nd Floor, Phoenix, Arizona 85003.

DATED this 10th day of January, 2008.

_____
David G. Campbell
United States District Judge

cc: Defense counsel
    AUSA
    USM
    Defendant Neil Rusty Bond, 4132 East Alan Lane, Phoenix, AZ 85028

- 2 -