**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,       ) | CR-03-974-PHX-DGC |
| )  |  |
| Plaintiff,    ) | **ORDER** |
| ) |  |
| vs.           ) |  |
| ) |  |
| Neil Rusty Bond,        ) |  |
| ) |  |
| Defendant.     ) |  |
| ) |  |

On January 7, 2008, Defendant filed nine motions totaling more than 600 pages. One of the motions sought a stay of Defendant's sentence and incarceration. Dkt. #259. The Court denied the motion in an order dated January 10, 2008. Dkt. #267. The Court will deny the remaining eight motions in this order.

**A.    Background.**

Defendant was convicted by a jury of theft of government property and social security fraud on May 11, 2005. Dkt. #114. The Court denied Defendant's motion for a new trial in an order dated July 14, 2005. Dkt. #139. The Court subsequently denied a motion for reconsideration of that order, as well as Defendant's objections to the presentence report. Dkt. #183.

The Court sentenced Defendant to 18-months' imprisonment on March 1, 2006. Dkt. ##196-97. Defendant filed a notice of appeal from the Court's sentence and judgment. Dkt. #202. On March 31, 2006, the Court granted Defendant's motion for release from custody and to stay sentence pending appeal. Dkt. #203.

The Ninth Circuit affirmed Defendant's conviction and sentence, and the United States Supreme Court denied Defendant's petition for writ of certiorari. *See United States v. Bond*, 227 Fed. Appx. 578 (9th Cir. Mar. 21, 2007); *Bond v. United States*, 128 S. Ct. 132 (Oct. 1, 2007). Following receipt of the Court of Appeals' mandate, the Court ordered Defendant to surrender to begin serving his prison sentence on January 17, 2008. Dkt. ##255-56.

## B. Defendant's Motions.

Defendant seeks a new trial and a reduced and corrected sentence. Dkt. ##257-58. Defendant further seeks evidentiary hearings regarding alleged *Brady* violations, claims of ineffective assistance of counsel, arguments regarding a court-appointed accountant, and a claim that he was taking excessive medications during trial. Dkt. ##262, 264-65, 269.

Defendant's motions raise issues previously resolved by this Court and the Court of Appeals. *See* Dkt. ##139, 183, 255. The Court will not reconsider these issues. Nor will the Court address issues raised for the first time in Defendant's post-appeal motions. Any challenges Defendant wishes to make to the sentence and judgment entered in this criminal case should be made in a separate civil proceeding brought pursuant to 28 U.S.C. § 2255. The Court will also deny Defendant's request for the appointment of counsel.

**IT IS ORDERED:**

1. Defendant's motion for new jury trial (Dkt. #257) is **denied**.
2. Defendant's emergency motion to reduce and correct sentence (Dkt. #258) is **denied**.
3. Defendant's emergency motions for evidentiary hearings (Dkt. ##262, 264, 265) are **denied**.
4. Defendant's emergency motions for Court to appoint defense counsel (Dkt. ##260, 261, 263) are **denied**.

5. Defendant's motion for a hearing on the excessive amounts of medication taken during trial (Dkt. # 269) is **denied**.

DATED this 17th day of January, 2008.

*David G. Campbell*
David G. Campbell
United States District Judge

cc: Defense counsel
AUSA
USM
Defendant Neil Rusty Bond, 4132 East Alan Lane, Phoenix, AZ 85028